**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **1:16-cr-99-WSD** |
| **BENNETT L. KIGHT,** | |
| **Defendant.** | |

# ORDER

On November 27, 2017, the Court issued an Order [94] ("November 27th Order") scheduling Defendant Bennett L. Kight's ("Defendant") competency hearing for January 18, 2018, and directing the parties to file, on or before December 15, 2017, a list of witnesses they intend to call at the hearing. The November 27th Order also noted that no other submissions shall be filed prior to the hearing and witnesses shall be sequestered at the hearing. ([94] at 16).

On December 4, 2017, Defendant's counsel, Dentons USA LLP, representing him for purposes of the competency hearing only, sought clarification from the Court on a number of issues relating to the competency hearing. Later that day, the Government provided the Court with its response.

Having considered each of the party's requests and arguments,

**IT IS HEREBY ORDERED** that Defendant may proceed with issuing subpoenas to those witnesses he intends to offer at the competency hearing.[1]

**IT IS FURTHER ORDERED** that Defendant is entitled to Dr. Daniel Marson's most recent *curriculum vitae*. The Court will provide this document to the parties upon Dr. Marson's production of it to the Court. The Court notes that it requested the production of this document from Dr. Marson on December 4, 2017.

**IT IS FURTHER ORDERED** that the Government shall, on or before December 13, 2017, provide the Court its evaluation whether Defendant is entitled to a list of the cases in which Dr. Marson was qualified or testified as an expert.[2]

**IT IS FURTHER ORDERED** that Defendant may disclose Dr. Marson's expert report to any expert who is called to testify at the competency hearing.

**IT IS FURTHER ORDERED** that Defendant shall direct each witness that he intends to call to testify and opine on Defendant's competency, to author and produce, on or before January 2, 2018, an expert report outlining the witness's opinions and bases for those opinions.

---

[1] Pursuant to the Court's November 27th Order, the Court reminds the parties that they shall, prior to December 15, 2017, disclose the list of witnesses they intend to call at the hearing.

[2] Dr. Marson advises that he does not have a list of matters in which he has served as an expert.

2

**IT IS FURTHER ORDERED** that Defendant shall provide to the Government, on or before January 2, 2018, witness summaries for all of the witnesses he intends to offer at the competency hearing.

**SO ORDERED** this 7th day of December, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE