# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00099-AT-LTW
## USA v. Kight
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 05/17/2019.

TIME COURT COMMENCED: 1:35 P.M.
TIME COURT CONCLUDED: 2:00 P.M.     COURT REPORTER: Elizabeth Cohn
TIME IN COURT: 00:25                DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Bennett L. Kight NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA |
| | Paul Monnin representing Bennett L. Kight |
| | Caroline Strumph representing Bennett L. Kight |
| | Lara Tumeh representing Bennett L. Kight |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The 2nd Superseding Indictment was discussed. The Court will advise next week as to the decertification. |
| HEARING STATUS: | Hearing Concluded |