IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>BENNETT L. KIGHT | Criminal Action No.<br><br>1:16-CR-0099-AT-LTW |

**ORDER**

Having read and considered the parties' Joint Motion to Exclude Time from Speedy Trial Calculations and for good cause shown,

The Court finds that due to the fact that counsel for the defendant and government require additional time to discuss a matter that needs to be addressed with the Court prior to a trial date and that the defendant is on pretrial release, the requested exclusion would serve the ends of justice and that the failure to grant this joint motion "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence…" 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court finds that "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial…" 18 U.S.C. § 3161(h)(7)(A).

It is hereby ORDERED that the period from **May 3, 2021**, *nunc pro tunc*, through and including **August 5, 2021** shall be excluded under the Speedy Trial Act and that the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(b) & 3161(h)(7)(A).

SO ORDERED THIS __7th__ day of July 2021.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Prepared by
Nathan P. Kitchens, Assistant United States Attorney
(404) 581- 6185