IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>BENNET KIGHT<br>        DEFENDANTS. | Criminal Action No.<br><br>1:16-cr-00099-AT-LTW-1 |

## NOTICE OF WITHDRAWAL

Assistant United States Attorney Jolee Porter herein files notice of her withdrawal in the above-styled case, and respectfully requests that she be removed as counsel of record for the United States.

                                        Respectfully submitted,

                                        KURT R. ERSKINE
                                            *Acting United States Attorney*

                                        /s/Jolee Porter
                                            *Assistant United States Attorney*
                                        Georgia Bar No. 462455
                                        Jolee.Porter@usdoj.gov
                                        *600 U.S. Courthouse*
                                        *75 Ted Turner Drive S.W.*
                                        *Atlanta, GA 30303*
                                        *(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 20, 2021

/s/ JOLEE PORTER
JOLEE PORTER
*Assistant United States Attorney*