IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:16-CR-0099-AT-1 |
| BENNETT L. KIGHT, | : |
| Defendant. | : |

## ORDER

Presently before the Court is the Government's Unopposed Motion to Dismiss Indictment [Doc. 245].

Accordingly, based upon the fundamental competency and due process grounds outlined within the Government's motion and exhibits, the Motion to Dismiss Indictment [Doc. 245] is **GRANTED**.

It is **SO ORDERED** this 9th day of November, 2021.

*(signature)*
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**